## STATE v. JOHN BISHOP.

Court of Quarter Sessions. New Castle.

*Rodney's Notes.*

*Mr. Bayard* for State.

Rebeccah Hamsum, sworn, says John Bishop came down to her mother's and was taking away the rails. She desired him to desist; he pushed the rails against her and threw her down, and put his foot on her neck. He began to abuse her and called her a yellow bitch before she got to him.

Elizabeth Bishop, sworn. That on the day John Bishop came to take her rails she went to prevent him, and called her daughter Rebeccah to go with her. That he had seized her by the arms and threw her down, etc.

Fanny Loft. That she saw Elizabeth and Rebeccah going out towards John Bishop with sticks. They took the rails out as fast as he put them in. He rode off to get out of their way and they pursued him.

John Bowman. Says he was 300 yards off and heard John Bishop and mother wrangling. The fence had been in possession of the mother six or seven years. None but Mrs. Bishop saw them when he threw her down.

Verdict, guilty. Fined $20.

## STATE v. JOHN LOUGH.

Court of Quarter Sessions. New Castle.

*Rodney's Notes.*

Reinoa Lambert, witness for State. Aiken sworn to interpret for Lambert. That he possessed a grey gelding. That it was stolen from him October 4, 1793, between 7 and 9 o'clock P. M. Between 6 and 7 o'clock that evening he saw him in the pasture where he had him tied head and foot in order to go to market.